# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 14-22592-CIV-WILLIAMS/SIMONTON

The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida
Case Number: **14-22592-CIV-WILLIAMS/SIMONTON**

NATASHA LEDBETTER

_____
Plaintiff(s)

v.

MCDONALD'S CORPORATION/
CORAL GABLES LOCATION/
1448 SOUTH DIXIE HIGHWAY
MIAMI, FL 33146
_____
Defendant(s)

FILED by Y.A.P. D.C.

JUL 11 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## VIOLATION OF CIVIL RIGHTS
(TITLE OF DOCUMENT)

I, NATASHA LEDBETTER plaintiff or defendant, in the above styled cause, CIVIL RIGHTS/DISCRIMINATION CASE AGAINST MCDONALD'S CORPORATION - SPECIFICALLY THE CORAL GABLES LOCATION ON SOUTH DIXIE HIGHWAY. I WAS EMPLOYED FOR JUST OVER ONE YEAR AS A MANAGER. I WAS ONE OF TWO AFRICAN AMERICAN MANAGERS AT THE LOCATION. ALL OF THE OTHER MANAGERS WERE OF HISPANIC DESCENT. I REPEATEDLY WITNESSED RACIAL DISCRIMINATION TOWARDS AFRICAN AMERICAN CREW MEMBERS AS WELL AS MYSELF. THERE WAS THE EXTENSIVE USE OF THE WORD "N!GGER" BY CREW MEMBERS OF HISPANIC DESCENT TOWARDS BLACK CREW IN A NEGATIVE CONNOTATION AS WELL AS THE DISPARITY WITH SCHEDULING AND PROMOTIONS. HISPANICS WERE PROMOTED MOSTLY THAN

(Rev. 10/2002) General Document

BLACKS WHO WERE BETTER SKILLED. BLACKS WERE OFTEN FIRED MORE THAN HISPANICS WHO COMMITTED THE SAME OFFENSES. THE OM STATED TO ME THAT SHE PREFERRED TO HIRE HISPANICS RATHER THAN BLACKS BECAUSE "THEY WERE HARDER WORKERS." SHE ALSO INFORMED ME THAT IF SHE WANTED TO FIRE ME SHE COULD DO SO AND I "WOULD NOT GET ANY UNEMPLOYMENT COMPENSATION." SHE ALSO MADE REMARKS ABOUT BLACKS BEING ON WELFARE. I AM REQUESTING A JURY BECAUSE IT IS IMPORTANT FOR ALL TO KNOW THAT THIS GOES ON RAMPANTLY.

**Certificate of Service**

I __Natasha Ledbetter__, certify that on this date __07-11-14__ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By: __NATASHA LEDBETTER__
Printed or typed name of Filer

Signature of Filer

__natashaledbetter1973@gmail.com__
E-mail address

_____
Florida Bar Number

_____
Phone Number

_____
Facsimile Number

__28135 SW 143 CT__
Street Address

__HOMESTEAD, FL 33033__
City, State, Zip Code

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Natasha Ledbetter
28185 S.W. 143rd Court
Homestead, FL 33033

From: Miami District Office
Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2013-05431 | DAVID LEGRAND, Investigator | (305) 808-1764 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Nitza Santos Wright*

Malcolm S. Medley,
District Director

APR 14 2014
*(Date Mailed)*

Enclosures(s)

cc: **Respondent Representative:**
c/o Rebecca Sarinsky, Esq.
McDonalds Corporation
HUNTON & WILLIAMS
1111 Brickell Avenue
Suite 2500
Miami, FL 33131